UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

B. LYNN CALLAWAY,

        Plaintiff,
v.                                 Case No. 2:11-cv-85-FtM-UA-DNF

DESOTO COUNTY, FLORIDA,

        Defendant.
_____/

## ORDER

This matter comes before the Court pursuant to the parties' Joint Stipulation for Entry of an Order Granting an Extension of Deadlines and Continuation of Jury Trial (Doc. # 87). For the reasons that follow, the Court declines to adopt the Stipulation.

## Discussion

The Court "must take an active role in managing cases on [its] docket." Chudasama v. Mazda Motor Corp., 123 F.3d 1353, 1366 (11th Cir. 1997). Under the circumstances of this case, the extension requested by the parties is not feasible. The Court acknowledges that the parties have requested this extension because discovery in this case has "been hindered by both parties counsel's unavailability in scheduling discovery matters," and because the parties anticipate that discovery cannot be completed by the previously scheduled deadline.

(Doc. # 87 at 3). However, due to certain scheduling limitations involving the Court's availability to try this case, the case management deadlines and trial term must remain as they were originally scheduled.

As stated in <u>Chudasama</u>, 123 F.3d at 1366, this Court enjoys broad discretion "in deciding how best to manage the cases before [it]" and, in the present case, the Court determines that it is not appropriate to adopt the Joint Stipulation.

Accordingly, it is hereby

**ORDERED, ADJUDGED** and **DECREED:**

The Court declines to adopt the parties' Joint Stipulation for Entry of an Order Granting an Extension of Deadlines and Continuation of Jury Trial (Doc. # 87).

**DONE** and **ORDERED** in Fort Myers, Florida, this <u>29th</u> day of August, 2012.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to: All Counsel of Record

2